UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
    MINERVA G. ATIENZA
        Debtor,
_____/    Case No. 08-58867
WILLIAM D. JOHNSON (P54823)    Chapter 13
Attorney for Debtor    Judge Phillip J. Shefferly
17117 W. Nine Mile, Suite 925
Southfield, MI 48075
(248) 443-7055

WEGNER AND ASSOCIATES, P. C.
By:    Wayne G. Wegner  (P25224)
        Jeffrey L. Vollmer  (P62728)
        John L. Finkelmann (P66054)
Attorneys for Creditor
23201 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 773-1800
_____/

## NOTICE OF APPEARANCE

    PLEASE file the Appearance of Wegner and Associates, P.C., on behalf of Andover Heights Condominium Association, and include Jeffrey L. Vollmer as attorney for creditor, on the Matrix.

Dated:  August 19, 2008

                                                /s/ Jeffrey L. Vollmer (P62728)
                                               Wegner and Associates, P.C.
                                               23201 Jefferson Avenue
                                               St. Clair Shores, MI 48080
                                               (586) 773-1800