UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

    MINERVA G. ATIENZA
        Debtor,

_____/ Case No. 08-58867

WILLIAM D. JOHNSON (P54823)     Chapter 13
Attorney for Debtor     Judge Phillip J. Shefferly
17117 W. Nine Mile, Suite 925
Southfield, MI 48075
(248) 443-7055

WEGNER AND ASSOCIATES, P. C.
By:    Wayne G. Wegner   (P25224)
      Jeffrey L. Vollmer   (P62728)
      John L. Finkelmann (P66054)
Attorneys for Creditor
23201 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 773-1800
_____/

## ANDOVER HEIGHTS CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION

Andover Heights Condominium Association ("Creditor"), by and through its attorneys, Wegner and Associates, P.C., states the following in support of its objection to confirmation:

1.    Debtor filed her Chapter 13 Bankruptcy Petition on August 5, 2008.

2.    Debtor filed her Chapter 13 Plan on August 5, 2008.

3.    Debtor is the owner of a condominium unit at Andover Heights Condominium, known as 8401 18 Mile Road, Sterling Heights, Michigan 48313.

4.    Debtor is responsible for paying a monthly condominium assessment to the Association to cover the costs of maintenance and administration of the condominium.

5. Creditor holds a statutory lien for all unpaid assssments, late fees and attorneys fees and costs incurred in collecting said assessments pursuant to the Michigan Condominium Act and Condominium Bylaws.

6. Debtor has identified Creditor as having a Class Four secured claim in the amount of $350.00.

7. Debtor has under funded Creditor's Class Four claim, which at the time of filing of Debtor's Petition, totaled $710.00.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Bankruptcy Plan, and dismiss the Debtor's Chapter 13 Bankruptcy case for failure to file a confirmable Chapter 13 Plan.

Dated: August 19, 2008

/s/ Jeffrey L. Vollmer
Wegner and Associates, P.C.
23201 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 773-1800