# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **MINERVA ATIENZA**

                      Case Number: 08-58867 PJS
                      Chapter 13
       Debtors:          Judge SHEFFERLY

_____

**WILLIAM D. JOHNSON (P54823)**
**ACCLAIM LEGAL SERVICES, P.L.L.C.**
17117 W. Nine Mile Road, Suite 925
Southfield, MI 48075
(248) 443-7033
_____/

## ORDER GRANTING MOTION TO COMPEL CREDITOR, AMERICAN GENERAL FINANCE, TO TAKE POSSESSION OF COLLATERAL SURRENDERED PURSUANT TO CHAPTER 13 PLAN OR IN THE ALTERNATIVE RELEASE LIEN

Counsel for Debtor having filed a **MOTION TO COMPEL CREDITOR, AMERICAN GENERAL FINANCE, TO TAKE POSSESSION OF COLLATERAL SURRENDERED PURSUANT TO CHAPTER 13 PLAN OR IN THE ALTERNATIVE RELEASE LIEN,** no responses having been filed, a certificate of no objection having been filed, and the Court being fully advised in this matter,

    **IT IS HEREBY ORDERED**, Creditor, American General Finance, shall take action necessary to take possession of collateral, to wit: 1995 Pontiac Grand Am

    **IT IS FURTHER ORDERED**, in the event American General Finance chooses not to repossess the collateral, Creditor shall release the lien within 30 days to allow the Debtor to properly dispose of the collateral.

**Signed on March 04, 2009**

                                        **/s/ Phillip J. Shefferly**
                                    **Phillip J. Shefferly**
                                    **United States Bankruptcy Judge**